| | |
|---|---|
| DEFENDANT: | YUREN ARMANDO OLIVAS-CRUZ, a/k/a Yuren Olivas-Armando, Arturo Gonzalez, Javier Olivas, Luis Montano, Javier Y. Solis |
| AGE: | 46 |
| COMPLAINT FILED? | _____ Yes   __X__ No   If Yes, MAGISTRATE CASE NUMBER_____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | __ Yes   _X_ No   If No, a new warrant is required |
| OFFENSE(S): | Count 1: Illegal Re-entry After Deportation, 8 U.S.C. § 1326(a) |
| LOCATION OF OFFENSE: | Jefferson County, Colorado |
| PENALTY: | Count 1: If the enhanced penalty does not apply, NMT 2 years imprisonment, NMT $250,000 fine or both; NMT 1 year supervised release; $100 Special Assessment fee. If the enhanced penalty under (b)(1) applies, NMT 10 years imprisonment; NMT $250,000 fine or both; NMT 3 years supervised release; $100 Special Assessment fee. If the enhanced penalty under (b)(2) applies, NMT 20 years imprisonment; NMT $250,000 or both; NMT 3 years supervised release; $100 Special Assessment fee. |
| AGENT: | Shawna Weir  Deportation Officer, ICE/DHS |
| AUTHORIZED BY: | Kelly R. Churnet  Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 X  five days or less; ___ over five days

THE GOVERNMENT

X__ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)(A)

The statutory presumption of detention is not applicable to this defendant.