IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00282-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

 YUREN ARMANDO OLIVAS-CRUZ,

    Defendant.

---

## MOTION TO WITHDRAW
---

    The United States of America, by Cole Finegan, United States Attorney for the District of Colorado, through Albert Buchman, Assistant United States Attorney, hereby files its Motion to Withdraw Albert Buchman as counsel of record and requests termination of electronic service in the above-captioned case. As grounds for this motion, the government states that Kelly Churnet is counsel of record in this case, has filed an entry of appearance, and is receiving electronic notice.

    Dated this 29 day of September, 2022.

Respectfully submitted,

Cole Finegan
United States Attorney


By: *s/ Albert Buchman*
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0406
E-mail: Al.Buchman@usdoj.gov
Attorney for the United States

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29 day of September, 2022, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Lauren Timm*
Legal Assistant
United States Attorney's Office