## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00282-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. YUREN ARMANDO OLIVAS-CRUZ,

    Defendant.

## NOTICE OF ATTORNEY APPEARANCE

Chaz Melihercik hereby provides notice of his appearance as counsel of record for the defendant, Yuren Olivas-Cruz, in the above-captioned matter. Mr. Melihercik appears as counsel for Mr. Olivas-Cruz pursuant to the Criminal Justice Act.

    Respectfully submitted,

Dated:  December 7, 2022    s/Robert Charles Melihercik
    **Robert Charles Melihercik**
    7765 Wadsworth Blvd., #746327
    Arvada, Colorado, 80006
    Phone:  303-323-9082
    Email:  chaz@meliherciklaw.com
    *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify on December 7, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all attorneys of record.

                                                s/ Robert Charles Melihercik
                                                **Robert Charles Melihercik**