**IN THE UNITED STATES DISTRICT COURT**
**FOR THE STATE OF COLORADO**

**CASE NO:   22-CR-00282-DDD**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**vs.**

1. **YUREN ARMANDO OLIVAS-CRUZ, a/k/a**
   Yuren Olivas-Armando, Arturo Gonzalez, Javier Olivas, Luis Montano, Javier Y. Solis,

        **Defendant,**

---

**NOTICE OF APPEARANCE**

---

**COMES NOW,** Brandon Marinoff, Attorney at Law, duly licensed to practice before the bar of this Honorable Court, submits their general Notice of Appearance on behalf of the Defendant, Yuren Armando Olivas Cruz, in this matter for all purposes.

1. That this Counsel has just been retained to represent the Defendant in this matter.

Dated this 7th day of December 2022

Respectfully submitted:

**/s/ Brandon Marinoff #20900**
**Marinoff and Associates**
12207 Pecos St., Suite 700
Westminster, CO 80234
Phone: 303-619-1978

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2022, I electronically filed the foregoing:

## NOTICE OF APPEARANCE

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Kelly R. Churnet
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax: 303-454-0406
E-mail: Kelly.Churnet@usdoj.gov
Attorney for Government
(Plaintiff)

Robert Charles Melihercik
7765 Wadsworth Blvd., #746327
Arvada, Colorado, 80006
Phone: 303-323-9082
Email: chaz@meliherciklaw.com
Attorney for Defendant
(Defendant)


**/s/ Brandon Marinoff #20900**
**Marinoff and Associates**
12207 Pecos St., Suite 700
Westminster, CO 80234
Ph: (303) 619-1978