**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 22-cr-00282-DDD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. YUREN ARMANDO OLIVAS-CRUZ,

     Defendant.

---

**MOTION TO WITHDRAW AS ATTORNEY**

---

     Robert Charles Melihercik, hereby files this Motion to Withdraw, having previously been appointed pursuant to the Criminal Justice Act.   Undersigned counsel requests permission to withdraw as counsel of record and requests termination of electronic service in the above-captioned case.  As grounds for this motion, undersigned counsel states that private counsel has entered on this case (ECF No. 12).

     Respectfully submitted,

Dated:  December 8, 2022      s/Robert Charles Melihercik_____
     **Robert Charles Melihercik**
     7765 Wadsworth Blvd., #746327
     Arvada, Colorado, 80006
     Phone:  303-323-9082
     Email:  chaz@meliherciklaw.com
     *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify on December 8, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all attorneys of record.

s/ Robert Charles Melihercik
**Robert Charles Melihercik**