AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
2022 DEC 12 AM 10: 31
JEFFREY P. COLWELL
CLERK
BY_____DEP CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. 22-cr-00282-DDD |
| 1. YUREN ARMANDO OLIVAS-CRUZ, | ) | |
| a/k/a | ) | |
| Yuren Olivas-Armando, Arturo Gonzalez, Javier | ) | |
| Olivas, Luis Montano, Javier Y. Solis, | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   YUREN ARMANDO OLIVAS-CRUZ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C. § 1326(a): Illegal Reentry of a Previously Deported Alien.

Date:   09/08/2022

s/A. Thomas, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 9/8/22 , and the person was arrested on *(date)* 12/6/22 at *(city and state)* Denver, CO . |
| Date: 12/6/22                        *Arresting officer's signature* |
|                        P. BliSS DEO/USMS Deputy *Printed name and title* |