**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

CASE NO:   **22-CR-00282-DDD**

UNITED STATES OF AMERICA,
**Plaintiff,**

vs.

YUREN ARMANDO OLIVAS-CRUZ, a/k/a
Yuren Olivas-Armando, Arturo Gonzalez, Javier Olivas, Luis Montano, Javier Y. Solis,
**Defendant**

---

**NOTICE OF DISPOSITION**

---

Defendant, Yuren Armando Olivas-Cruz, by and through his attorney, Brandon Marinoff, of Marinoff and Associates P.C., hereby notifies this Honorable Court that a Disposition has been reached in his case with the Government. The Defendant would request a change of plea hearing for the Court to consider a proposed Plea Agreement.

Dated this 16th day of December 2022

Respectfully submitted:

/s/ Brandon Marinoff, Attorney at Law

*Original signature located at:*
*Marinoff and Associates*
*12207 Pecos St., Suite 700*
*Westminster, CO 80234*
*(303) 280-8166*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December 2022, I electronically filed the foregoing:

## NOTICE OF DISPOSITION

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Kelly R. Churnet**
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax: 303-454-0406
E-mail: Kelly.Churnet@usdoj.gov
Attorney for Government
(Plaintiff)

/s/ Andrea R. Santana, Legal Assistant

*Original signature located at:*
*Marinoff and Associates*
*12207 Pecos St., Suite 700*
*Westminster, CO 80234*
*(303) 280-8166*
*(303) 302-9369 - Fax*