IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO:   22-CR-00282-DDD

UNITED STATES OF AMERICA,

Plaintiff,

vs.

YUREN ARMANDO OLIVAS-CRUZ, a/k/a

Yuren Olivas-Armando, Arturo Gonzalez, Javier Olivas, Luis Montano, Javier Y. Solis,

Defendant

---

MOTION TO CONTINUE

---

**COMES NOW** Brandon Marinoff, Attorney at Law, on behalf of the Defendant Yuren Armando Olivas Cruz, and with no objection from the US Attorney, would ask the Court to continue this matter scheduled for February 1, 2023 for the following reasons:

1. This matter is scheduled for a change of plea hearing on February 1, 2023.
2. The parties do intend to go forward with the change of plea hearing but would request a new date.
3. Assistant U.S. Attorney, Kelly Churnet has no objection to the granting of this motion.
4. The plea agreement and statement in advance of plea are currently in the hands of the translator, who indicated that it will not be completed until January 31, 2023.
5. Defendant has been moved from FCI Englewood and is now in Washington County, which

creates difficulty for Counsel to meet with the Defendant prior to the scheduled change of plea hearing, due to the distance.

6. Defendant also has a pending hearing in Denver District Court on January 27, 2023. The Court ordered the Sheriff to bring the Defendant on a Writ to appear on January 27, 2023. This may also cause confusion as to where the Defendant may be housed in the coming days.

Dated this 26th day of January 2023

Respectfully submitted:

/s/ Brandon Marinoff, Attorney at Law
*Original signature located at:*
*Marinoff and Associates*
*12207 Pecos St., Suite 700*
*Westminster, CO 80234*
*(303) 280-8166*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2023, I electronically filed the foregoing:

**MOTION TO CONTINUE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Kelly R. Churnet
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax: 303-454-0406
E-mail: Kelly.Churnet@usdoj.gov
Attorney for Government
(Plaintiff)

<u>/s/ Andrea Rodriguez, Marinoff and Associates</u>
*\*Original signature located at:*
*Marinoff and Associates*
*12207 Pecos St., Suite 700*
*Westminster, CO 80234*
*(303) 280-8166*