EN EL TRIBUNAL FEDERAL DE DISTRITO
PARA EL DISTRITO DE COLORADO

CASO NO:   22-CR-00282-DDD

**ESTADOS UNIDOS DE AMÉRICA,**

Demandante,

contra

**YUREN ARMANDO OLIVAS-CRUZ, (también conocido como)**

Yuren Olivas-Armando, Arturo Gonzalez, Javier Olivas, Luis Montano, Javier Y. Solis,

Acusado

## DECLARACIÓN DEL ACUSADO EN ANTICIPACIÓN A UNA DECLARACIÓN DE ADMISIÓN DE CULPABILIDAD

Reconozco y hago constar que me han informado de los siguientes hechos y derechos, y que los entiendo; que todas las declaraciones incluidas en este documento son ciertas y correctas; y que mi abogado me ha ayudado a revisar y llenar este documento.

1. Mi abogado me ha explicado la naturaleza del cargo que se me imputa. He tenido la oportunidad de hablar con mi abogado tanto acerca de la naturaleza del cargo en mi contra, como de los elementos del mismo que la fiscalía está obligada a comprobar.

2. Sé que cuando el Juez me imponga la condena, tomará en cuenta muchos factores, los cuales se enumeran en la Sección 3553 del Título 18 del Código de los Estados Unidos (U.S.C., por sus siglas en inglés) e incluyen (a) la naturaleza y las circunstancias del delito y mis antecedentes y características personales, (b) la necesidad de que una condena refleje la gravedad del delito, promueva el respeto por la ley, proporcione un castigo justo, me disuada, proteja al público, y me brinde la formación, la atención o el tratamiento de readaptación social necesarios con la mayor eficacia posible, (c) los tipos de condenas disponibles para el Juez, (d) los criterios para la individualización de la pena establecidos por la Comisión Federal Para la Imposición de Condenas (e) las declaraciones de políticas pertinentes de dicha Comisión, (f) la necesidad de evitar la

desproporcionalidad infundada de las condenas entre acusados con antecedentes similares que hayan sido declarados culpables de una conducta similar, y (g) la necesidad de que se ofrezca la reparación del daño. Ningún factor es dominante o determinante. Reconozco que en mi caso es posible que el Juez pueda, tras considerar estos factores, imponer cualquier condena, incluyendo aquella que conlleve el periodo máximo de prisión, la multa máxima, la reparación del daño total (en caso de ser aplicable), el periodo máximo de libertad supervisada, y un pago especial de derechos, tal y como se establece a continuación en el párrafo 3.

3. Sé que se me pueden imponer las siguientes penas como resultado de mi declaración de admisión de culpabilidad:
    i. La imputación de un solo delito que se presentará de manera simultánea con el convenio de admisión de culpabilidad, en el que se [me] acusa de violar la Sección 1326(a) del Título 8 del U.S.C. – reingreso ilegal [al país];
    ii. Penas: Un máximo de 20 años de prisión;
    iii. Una multa máxima de $250,000.00, o ambas.
    iv. Un periodo de libertad supervisada de máximo 3 años;
    v. El pago de derechos especiales de $100.
    vi. La reparación del daño de conformidad con la Sección 3663 del Título 18 del U.S.C. (2012), en caso de ser aplicable.

4. Sé que si me dictan una sentencia condenatoria por más de un cargo, las penas impuestas pueden ser simultáneas (purgadas al mismo tiempo) o consecutivas (purgadas por separado o de forma consecutiva) a menos que la pena establecida en la ley por un delito relacionado con la sentencia condenatoria expresamente requiera que la condena se purgue de forma consecutiva.

5. Sé que además de cualquier castigo que el Juez me pueda imponer, declararse culpable de un delito conlleva consecuencias secundarias. Estas consecuencias no las impone ni las controla el Juez. Por ejemplo, declararse culpable puede ocasionar la pérdida de derechos civiles, incluyendo, entre otros, los derechos a poseer armas de fuego, a votar, a desempeñar un cargo de elección popular y a prestar servicio en un jurado. Asimismo, si no soy ciudadano de los Estados Unidos, estas consecuencias pueden incluir la deportación o la detención por tiempo indefinido si no me pueden deportar a ningún país,

la negación del derecho de entrar a los Estados Unidos en el futuro, y la negación de la ciudadanía.

6. Sé que, si como parte de mi condena se me impone un periodo de libertad supervisada, esta solamente comenzará a correr una vez que haya sido puesto en libertad de todas las penas de prisión impuestas por este y cualquier otro juez. Comprendo que toda violación de las condiciones de dicha libertad supervisada durante su vigencia me puede ocasionar una pena de prisión adicional y la imposición de tiempo adicional de libertad supervisada.

7. Sé que no existe la libertad condicional [anticipada] en el sistema federal y que estaré obligado a purgar toda la condena de prisión que se me pueda imponer en este caso, la cual únicamente se puede reducir por buena conducta y/o concesiones del programa que el Congreso establezca y que la Dirección de Prisiones aplique.

8. Sé que si mi condena incluye la imposición de una multa o la reparación del daño, me veré obligado a pagar intereses sobre toda cantidad que exceda los $2,500.00, a menos que se pague la totalidad de la multa o la reparación del daño antes de que hayan transcurrido quince días después de la fecha de la sentencia, o que el Juez me exente del pago de intereses.

9. Sé que si mi condena incluye la imposición de una multa o la reparación del daño, estaré obligado a realizar el pago de forma oportuna. El no hacerlo puede ocasionar sanciones monetarias, acciones de cobranza por parte del gobierno, la posible revocación de toda libertad condicional o supervisada, y/o exponerme a que se entable un proceso judicial en mi contra por "incumplimiento penal" de conformidad con la Sección 3615 del Título 18 del U.S.C.

10. Sé que puedo tener la representación de un abogado en cada fase del proceso, y que si no puedo pagar un abogado, se me asignará uno para que me represente sin costo alguno para mí.

11. Sé que tengo derecho a declararme "no culpable" y sé que si me declaro "no culpable", puedo insistir en dicha declaración y exigir un juicio.

12. Sé que tengo derecho a un juicio por jurado, que puedo exigirlo, y que si elijo someterme a un juicio,
    a. tengo derecho a ser asistido por un abogado en cada una de las fases del proceso.
    b. Tengo derecho a ver y observar a los testigos que declaren en mi contra;

    c. Mi abogado puede contrainterrogar a todos los testigos que declaren en mi contra;

    d. Puedo llamar a los testigos relevantes y presentar las pruebas que determine convenientes, y puedo obtener órdenes de comparecencia para obligar a dichos testigos a que comparezcan y declaren;

    e. Si no puedo pagar los honorarios y gastos de los testigos, el gobierno los cubrirá, incluyendo los gastos de viaje y las millas que recorran, así como los honorarios razonables de los peritos;

    f. no me pueden obligar a que declare en mi propio perjuicio y no tengo que testificar en ningún juicio;

    g. No obstante, puedo testificar en mi propio juicio si así lo decido, y no tengo que decidir si declaro o no sino hasta que haya escuchado las pruebas de la fiscalía en mi contra;

    h. Si decido que no quiero testificar en el juicio, se le indicará al jurado que no pueden suponer que soy culpable ni hacer inferencia alguna que me perjudique por mi decisión de no declarar;

    i. Para que me condenen, la fiscalía deberá probar más allá de toda duda razonable todos y cada uno de los elementos del delito que se me imputa;

    j. Para que me condenen, el jurado deberá llegar a un veredicto unánime de culpabilidad, lo cual significa que todos los miembros del jurado deberán estar de acuerdo en que yo soy culpable; y

    k. Si me dictaran una sentencia condenatoria y apelara cualquier pena que el Juez me impusiera posteriormente, y si no pudiera costear la apelación, el gobierno cubriría el costo de la misma, incluyendo el costo del abogado que me designen.

13. Sé que si me declaro culpable, no habrá ningún juicio.

14. Sé que si me declarara culpable, no habrá revisión de apelación con respecto a la cuestión de si soy o no culpable del delito del cual me declare culpable.

15. Sé que las condiciones de mi convenio de admisión de culpabilidad con la fiscalía contienen una renuncia a mi derecho de apelar o de presentar una impugnación indirecta contra mi sentencia condenatoria. Específicamente, acepté renunciar a [mi derecho de] apelar de conformidad con las condiciones establecidas en el convenio de admisión de culpabilidad. Debido a esto, sé que no puedo solicitar la revisión de la apelación de la

condena que me imponga el Juez en este caso, salvo en las circunstancias limitadas, si las hubiere, permitidas en mi convenio de admisión de culpabilidad.

16. No se han realizado acuerdos y a mí no se me ha hecho declaración alguna acerca de cuál será la condena en este caso, con excepción de las que se detallan explícitamente en el documento intitulado "Convenio de admisión de culpabilidad" que la fiscalía y yo hemos firmado. Asimismo, comprendo que cualesquiera acuerdos y disposiciones que se incluyan en el documento intitulado "Convenio de admisión de culpabilidad" son vinculantes para el Juez solamente si las partes le solicitan al Juez en dicho documento que así sea de conformidad con lo dispuesto en la Regla 11(c)(1)(C) y únicamente si el Juez conviene en que sea vinculante cuando acepte mi declaración de admisión de culpabilidad.

17. El único convenio de admisión de culpabilidad que se ha celebrado con la fiscalía es el que se establece en el documento intitulado "Convenio de admisión de culpabilidad" que la fiscalía y yo firmamos y que se tiene aquí por reproducido como si a la letra se insertase.

18. Comprendo que el Juez no decidirá mi condena hasta que el departamento de libertad condicional haya elaborado un informe precondenatorio y el Juez lo haya revisado.

19. Sé que cuando presente mi declaración de admisión de culpabilidad, es posible que el Juez me haga preguntas bajo juramento acerca del delito del que me he declarado culpable. Si me hacen dichas preguntas de manera que consten en autos y en presencia de mi abogado, debo contestarlas personalmente, y si doy respuestas falsas, se puede ejercer una acción penal en mi contra por perjurio.

20. Sé que tengo derecho de preguntarle al Juez cualquier cosa relacionada con mis derechos, este proceso y mi declaración de admisión de culpabilidad del cargo que se me imputa.

21. Tengo 47 años de edad. Mi educación consiste en la escuela primaria. No entiendo el idioma inglés. No estoy tomando medicamentos que interfieran con mi capacidad de decidir si me declaro culpable o no.

22. Aparte de las promesas de la fiscalía que se establecen en el documento intitulado "Convenio de admisión de culpabilidad", nadie me ha hecho promesa ni amenaza alguna para inducirme o persuadirme a que me declare culpable o no en este caso.

23. Nadie me ha prometido que me darán libertad condicional, arraigo domiciliario u otra

condena específica que yo desee a raíz de mi declaración de admisión de culpabilidad.

24. He tenido tiempo suficiente para hablar con mi abogado sobre este caso y la declaración de admisión de culpabilidad que pretendo presentar. Ya no deseo consultar más con mi abogado antes de presentar mi declaración de admisión de culpabilidad.

25. Estoy satisfecho con mi abogado. Considero que sí he tenido una representación eficaz y competente en este caso.

26. Tomé la decisión de presentar mi declaración de admisión de culpabilidad después de pensarlo detenidamente, siguiendo los consejos de mi abogado, y con pleno entendimiento de mis derechos, los hechos y las circunstancias del caso, así como las posibles consecuencias de mi declaración de admisión de culpabilidad. No me encontraba bajo la influencia de drogas enervantes, medicamentos ni bebidas alcohólicas.

27. Quiero declararme culpable y no tengo duda alguna acerca de mi decisión.

28. En la medida en que describe mi conducta, el resumen de los hechos que se exponen en el documento intitulado "Convenio de admisión de culpabilidad" es cierto y correcto, salvo lo que yo haya indicado en dicho documento.

29. Sé que soy libre de cambiar o eliminar cualquier cosa contenida en el presente documento y que soy libre de enumerar mis objeciones e inconformidades con cualquier cosa contenida en el documento intitulado "Convenio de admisión de culpabilidad". Acepto ambos documentos tal como están redactados actualmente.

30. Deseo declararme culpable del siguiente cargo: el único delito imputado en el **pliego acusatorio presentado simultáneamente con el convenio de admisión de culpabilidad, en el que se me acusa de violar la Sección 1326(a) del Título 8 del U.S.C. – reingreso ilegal de un extranjero previamente deportado, y acepto que se aplique la pena aumentada prevista en la Sección 1326(a) del Título 8 del U.S.C.**

Fechado este día  Feb 5th  de enero de 2023

_/s/ Yuren Olivas_
Yuren Armando Olivas Cruz - Acusado

Hago constar que hablé con el acusado sobre esta declaración y el documento intitulado "Convenio de declaración de admisión de culpabilidad". Hago constar que le expliqué cabalmente sus derechos al acusado y que le ayudé a llenar esta forma. Considero que el acusado comprende sus derechos y estas declaraciones.

Fechado este día ~~Feb~~ de enero de 2023

_____
Brandon Marinoff #20900
Abogado del Acusado.