IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DANIEL D. DOMENICO

| | |
|---|---|
| Criminal Case No.: 22-cr-00282-DDD-01 | Date: February 8, 2023 |
| Courtroom Deputy: Robert R. Keech | Court Reporter: Julie Thomas |
| Probation Officer: N/A | Interpreter: Sylvia Gaylord |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Cyrus Y. Chung |
| Plaintiff, | |
| v. | |
| 1. YUREN ARMANDO OLIVAS-CRUZ, | Brandon Marinoff |
| Defendant. | |

## COURTROOM MINUTES

**CHANGE OF PLEA HEARING**

**3:30 p.m.**     **Court in session.** Defendant present, in custody.

Appearances of counsel.

Interpreter sworn (Spanish).

Defendant sworn.

Defendant advised regarding:

1) The Plea Agreement;
2) The maximum and minimum penalties, terms and conditions of supervised release, restitution, probation and/or forfeiture;
3) The objectives and factors in 18 U.S.C. §3553(a).

The Court explains defendant's right to a trial by jury and other constitutional rights and confirms that the defendant desires to waive such rights.

Defendant is rearraigned on Count 1 of the **Indictment.** Defendant pleads guilty to Count 1 of the **Indictment.**

Oral findings are made of record.

**ORDERED:**  Plea Agreement and Statement by Defendant in Advance of Plea of Guilty and any translations thereof are received.

**ORDERED:**  Defendant's plea is accepted and defendant is adjudged guilty as charged in **Count 1 of the Indictment.**

**ORDERED:**  Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department.

**ORDERED:**  Sentencing hearing is set **Wednesday, May 10, 2023, at 10:30 a.m.**, in Courtroom A-1002, 901 19th Street, Denver, CO. Any hearings other than Sentencing are hereby VACATED. Any pretrial motions that are pending are hereby declared moot.

**ORDERED:**  Any objections to the presentence report and any motions for departure or variance will be filed within 14 days of receiving the presentence report in accordance with Fed.R.Crim.P.32(f)(1). Any responses to objections or motions shall be filed no later than seven days prior to the sentencing date.

**ORDERED:**  Defendant is **REMANDED** to the custody of the United States Marshal through the sentencing hearing.

**3:58 p.m.**     Court in recess. <u>Hearing concluded. Total time:   :24</u>